IN THE UNITED STATES DISTRICT COURT
FOR TH EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PAMMY GAIL CUMMINGS,
        Petitioner,
v.
UNITED STATES OF AMERICA,
        Respondent.

**Judgment in a 2255 Case**

Criminal Case No. 7:02-CR-72-BO-1
Civil Case Number: 7:12-CV-97-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the petitioner's corrected motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and the government's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that the petition pursuant to 28 U.S.C. § 2255 is granted.

This Judgment Filed and Entered on November 1, 2012, with service on:
James Ayers and Eric Evenson (via CM/ECF Notice of Electronic Filing)

November 1, 2012          /s/ Julie A. Richards
                                                             Clerk

Raleigh, North Carolina