# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 4/7/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Pammy Gail Cummings ) | Case No: 7:02-CR-72-1BO |
| ) | USM No: 23071-056 |
| Date of Original Judgment: January 22, 2003 ) | |
| Date of Previous Amended Judgment: December 14, 2012 ) | Joseph Craven |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ]DENIED.  [✓]GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   210   months **is reduced to**   121 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 22, 2003, October 6, 2008, Dec.14, 2012 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4-7-15

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011